| PROB 22 (Rev. 12/13) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER (Tran. Court) 3:18CR00010-4 HZ |
|---|---|---|
| | | DOCKET NUMBER (Rec. Court) **21-tp-20079-ALTONAGA** |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT District of Oregon | DIVISION Portland Division |
|---|---|---|
| Luis Chavez | NAME OF SENTENCING JUDGE The Honorable Marco A. Hernandez Chief U.S. District Judge | |
| FILED BY _KS_ D.C. Oct 19, 2021 ANGELA E. NOBLE CLERK U.S. DIST. CT. S. D. OF FLA. - Miami | DATES OF PROBATION/SUPERVISED RELEASE: | FROM August 9, 2021 | TO August 8, 2024 |

OFFENSE
Conspiracy to Commit Bank Fraud 18 U.S.C. §§ 1349 and 1344 - (Count 1)
Aggravated Identity Theft 18 U.S.C. § 1028A - (Count 16)
Conspiracy to Commit Laundering of Monetary Instruments 18 U.S.C. § 1956(h) - (Count 30)

**PART 1 – ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Southern District of Florida upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

September 23, 2021
Date

_Marco Hernandez_
Chief U.S District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

10/13/2021
Effective Date

U.S District Judge

AO 245B    Amended Judgment in a Criminal Case - DISTRICT OF OREGON CUSTOMIZED (Rev. 10/2019)
Sheet 1

# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

**UNITED STATES OF AMERICA**

      Plaintiff,

v.

**LUIS CHAVEZ**

      Defendant.

**Date of Original Judgment:  February 26, 2020**
*(or date of last amended judgment)*

**AMENDED JUDGMENT IN A CRIMINAL CASE**

**Case No.:  3:18-CR-00010-HZ-4**

**USM Number:  19236-104**

Celia A. Howes,
Defendant's Attorney

Julia E. Jarrett,
Assistant U.S. Attorney

**THE DEFENDANT:**

☒ pleaded guilty to Counts 1, 16 and 30 of the Superseding Indictment.

The defendant is adjudicated guilty of the following offense(s):

| Title, Section & Nature of Offense | Date Offense Concluded | Count Number |
|---|---|---|
| 18:1349 - CONSPIRACY TO COMMIT BANK FRAUD | Beginning at an unknown time but no later than on about January 2017, and continuing until at least January 9, 2018 | 1 |
| 18:1028A, AND 2 - AGGRAVATED IDENTITY THEFT | 4/6/2017 | 16 |
| 18:1956(h) CONSPIRACY TO COMMIT LAUNDERING OF MONETARY INSTRUMENTS | Beginning at an unknown time but no later than on about January 2017, and continuing until at least January 9, 2018 | 30 |

The defendant is sentenced as provided in pages 2 through 8 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)  and is discharged as to such count(s).

☒ All remaining counts are dismissed on the motion of the United States.

☒ The defendant shall pay a special assessment in the amount of $300.00 for Counts 1, 16 and 30 payable to the Clerk of the U.S. District Court. (See also the Criminal Monetary Penalties Sheet.)

**IT IS ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

February 19, 2020
Date of Imposition of Sentence

*Marco Hernandez*
Signature of Judicial Officer

Marco A. Hernandez, U.S. District Judge
Name and Title of Judicial Officer

February 25, 2021
Date

AO 245B      Amended Judgment in a Criminal Case - DISTRICT OF OREGON CUSTOMIZED (Rev. 10/2019)
             Sheet 2 - Imprisonment

DEFENDANT:  LUIS CHAVEZ                                                    Judgment-Page **2** of **8**
CASE NUMBER:  3:18-CR-00010-HZ-4

# IMPRISONMENT

**As to Counts 1 and 30,** the defendant is committed to the Bureau of Prisons for confinement for a period of **15** months on each count, to be served **concurrently**. **As to Count 16,** the defendant is committed to the Bureau of Prisons for confinement for a period of **24** months, to be served **consecutive to** the sentences imposed in Counts 1 and 30.

☒The court makes the following recommendations to the Bureau of Prisons:

      1.      That the defendant be incarcerated in an institution in Miami, FL to be near family

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the custody of the United States Marshal for this district:

    ☐ at _____ on _____.

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before _____ on _____.

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

| |
|---|
| The Bureau of Prisons will determine the amount of prior custody that may be credited towards the service of sentence as authorized by Title 18 USC §3585(b) and the policies of the Bureau of Prisons. |

# RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

                                 _____
                                 UNITED STATES MARSHAL

                        By:  _____
                                 DEPUTY UNITED STATES MARSHAL

DEFENDANT: LUIS CHAVEZ            Judgment-Page **3** of **8**
CASE NUMBER: 3:18-CR-00010-HZ-4

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **3 years** on **Counts 1 and 30**, and a **1-year** term of supervised released on Count **16**.

## MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
    ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. (*check if applicable*)
4. ☒ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. (*check if applicable*)
5. ☒ You must cooperate in the collection of DNA as directed by the probation officer. (*check if applicable*)
6. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq*.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which you reside, work, are a student, or were convicted of a qualifying offense. (*check if applicable*)
7. ☐ You must participate in an approved program for domestic violence. (*check if applicable*)

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

AO 245B    Amended Judgment in a Criminal Case - DISTRICT OF OREGON CUSTOMIZED (Rev. 10/2019)
           Sheet 3A - Supervised Release

DEFENDANT: LUIS CHAVEZ                                                    Judgment-Page **4** of **8**
CASE NUMBER: 3:18-CR-00010-HZ-4

# STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature _____    Date _____

AO 245B    Amended Judgment in a Criminal Case - DISTRICT OF OREGON CUSTOMIZED (Rev. 10/2019)
            Sheet 3D - Supervised Release

DEFENDANT:  LUIS CHAVEZ                                                    Judgment-Page **5** of **8**
CASE NUMBER:  3:18-CR-00010-HZ-4

## SPECIAL CONDITIONS OF SUPERVISION

1.  You must submit your person, property, house, residence, vehicle, papers, or office to a search conducted by a United States probation officer. Failure to submit to a search may be grounds for revocation of release. You must warn any other occupants that the premises may be subject to searches pursuant to this condition. The probation officer may conduct a search under this condition only when reasonable suspicion exists that you have violated a condition of supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.

2.  You must not obtain or possess any driver's license, social security number, birth certificate, passport, or any other form of identification in any other name other than your true legal name, without the prior written approval of the probation officer

3.  You must participate in a substance abuse treatment or alcohol abuse treatment program, which may include inpatient treatment, and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.). The program may include urinalysis testing to determine if you have used drugs or alcohol.  You must not attempt to obstruct or tamper with the testing methods.

4.  You must submit to substance abuse testing to determine if you have used a prohibited substance.  Such testing may include up to twelve (12) urinalysis tests per month.  You must not attempt to obstruct or tamper with the testing methods.

5.  You must not knowingly purchase, possess, distribute, administer, or otherwise use any psychoactive substances (e.g., synthetic marijuana, bath salts, etc.) that impair a person's physical or mental functioning, whether or not intended for human consumption, except with the prior approval of the probation officer.

6.  You must not go to, or remain at any place where you know controlled substances are illegally sold, used, distributed, or administered without first obtaining the permission of the probation officer. Except as authorized by court order, you must not possess, use or sell marijuana or any marijuana derivative (including THC) in any form (including edibles) or for any purpose (including medical purposes). Without the prior permission of the probation officer, you must not enter any location where marijuana or marijuana derivatives are dispensed, sold, packaged, or manufactured.

7.  If the judgment imposes a financial penalty, including any fine or restitution, you must pay the financial penalty in accordance with the Schedule of Payments sheet of this judgment. You must also notify the court of any changes in economic circumstances that might affect your ability to pay this financial penalty.

8.  You must provide the probation officer with access to any requested financial information and authorize the release of any financial information. The probation office may share financial information with the U.S. Attorney's Office.

9.  You must not incur new credit charges, or open additional lines of credit without the approval of the probation officer.

10. You must not make application for any loan, or enter into any residential or business lease agreement, without the prior approval of the probation officer.

11. You must maintain a single checking account and/or savings account in your own name. You must deposit into this account all income, monetary gains or other pecuniary proceeds, and make use of this account for payment of all personal expenses.  You must disclose all other accounts to the probation officer.

AO 245B      Amended Judgment in a Criminal Case - DISTRICT OF OREGON CUSTOMIZED (Rev. 10/2019)
             Sheet 5 - Criminal Monetary Penalties

DEFENDANT: LUIS CHAVEZ                                                      Judgment-Page **6** of **8**
CASE NUMBER: 3:18-CR-00010-HZ-4

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the Schedule of Payments set forth in this judgment.

| | Assessment (as noted on Sheet 1) | Restitution | Fine | AVAA Assessment[1] | JVTA Assessment[2] | TOTAL |
|---|---|---|---|---|---|---|
| **TOTALS** | $300.00 | $652,926.06 | | | | $653,226.06 |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* will be entered after such determination.

☒ The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all non-federal victims must be paid in full prior to the United States receiving payment.

| Name of Payee | Total Amount of Loss[3] | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| Bank of America Attn: Security Recovery Support 800 Market Street St. Louis, MO 63102 | $67,556.52 | $67,556.52 | |
| Banner Bank PO Box 907 Walla Walla, WA 97362 | $51,992.56 | $51,992.56 | |
| Heritage Bank 201 5th Ave. SW Olympia, WA 98501 | $9,000.00 | $9,000.00 | |
| OnPoint Community Credit Union Attn: Account Collection & Fraud Supervisor PO Box 3750 Portland, OR 97208 | $21,835.00 | $21,835.00 | |
| Riverview Community Bank Attn: Operations 17205 SE Mill Plain Blvd. Vancouver, WA 98683 | $78,640.00 | $78,640.00 | |
| U.S. Bank Corporate Security Payments PO Box 650 Milwaukee, WI 53278-0650 | $409,001.98 | $409,001.98 | |

---

[1] Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.

[2] Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.

[3] Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B  Amended Judgment in a Criminal Case - DISTRICT OF OREGON CUSTOMIZED (Rev. 10/2019)
Sheet 5 - Criminal Monetary Penalties

DEFENDANT: LUIS CHAVEZ                                                    Judgment-Page **7** of **8**
CASE NUMBER: 3:18-CR-00010-HZ-4

| | | |
|---|---|---|
| Wells Fargo | $14,900.00 | $14,900.00 |
| External Fraud Investigations | | |
| Department 912038 | | |
| Denver, CO 80291-2038 | | |
| | | |
| **TOTALS** | $652,926.06 | $652,926.06 |

☐If applicable, restitution amount ordered pursuant to plea agreement: $_____.

☐The defendant must pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on the Schedule of Payments may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☒The court determined that the defendant does not have the ability to pay interest and it is ordered that

☒The interest is waived for the ☐ fine and/or ☒ restitution.

☐The interest requirement for the ☐ fine and/or ☐ restitution is modified as follows:

> Any payment shall be divided proportionately among the payees named unless otherwise specified.

AO 245B    Amended Judgment in a Criminal Case - DISTRICT OF OREGON CUSTOMIZED (Rev. 10/2019)
Sheet 6 - Schedule of Payments

DEFENDANT: LUIS CHAVEZ                                                                    Judgment-Page **8** of **8**
CASE NUMBER: 3:18-CR-00010-HZ-4

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment[4] of the total criminal monetary penalties shall be as follows:

    **A.**  ☐ Lump sum payment of $_____ due immediately, balance due
             ☐ not later than _____, or
             ☐ in accordance with ☐ C, ☐ D, or ☐ E below; or

    **B.**  ☒ Payment to begin immediately (may be combined with ☒ C, ☐ D, or ☐ E below); or

    **C.**  ☒ If there is any unpaid balance at the time of defendant's release from custody, it shall be paid in monthly installments of not less than $200.00, or not less than 10% of the defendant's monthly gross earnings, whichever is greater, until paid in full to commence immediately upon release from imprisonment.

    **D.**  ☐ Any balance at the imposition of this sentence shall be paid in monthly installments of not less than $_____, or not less than 10% of the defendant's monthly gross earnings, whichever is greater, until paid in full to commence immediately.

    **E.**  ☐ Special instructions regarding the payment of criminal monetary penalties:

Unless the Court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties, including restitution, shall be due during the period of imprisonment as follows: (1) 50% of wages earned if the defendant is participating in a prison industries program; (2) $25 per quarter if the defendant is not working in a prison industries program. . If the defendant received substantial resources from any source, including inheritance, settlement, or other judgment, during a period of incarceration, the defendant shall be required to apply the value of such resources to any restitution or fine still owed, pursuant to 18 USC § 3664(n).

Nothing ordered herein shall affect the government's ability to collect up to the total amount of criminal monetary penalties imposed, pursuant to any existing collection authority.

All criminal monetary penalties, including restitution, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the Clerk of Court at the address below, unless otherwise directed by the Court, the Probation Officer, or the United States Attorney.

                          **Clerk of Court**
                          **U.S. District Court - Oregon**
                          **1000 S.W. 3rd Ave., Ste. 740**
                          **Portland, OR 97204**

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☒ **Joint and Several**

| Case Number Defendant and Co-Defendant Names (including Defendant number) | Total Amount | Joint and Several Amount | Corresponding Payee, if appropriate |
| --- | --- | --- | --- |

    **\*\*SEE ATTACHMENT\*\***

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court costs:

☒ The defendant shall forfeit the defendant's interest in the following property to the United States: See the Preliminary and Final Order of Forfeiture filed 7/11/2019 (ECF 205).

---

[4] Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.

RESTITUTION FOR 3:18CR00010-HZ

| VICTIM | DFT 1 (Gonzalez) | DFT 2 (Cabrera) | DFT 3 (Betancourt) | DFT4 (Chavez) | DFT 5 (Lopez) | DFT 6 (Rodriguez) | DFT 7 (Smith) | DFT 8 (Lopez) | DFT 9 (Vasquez) |
|---|---|---|---|---|---|---|---|---|---|
| **Bank of America** Attn: Corporate Security CA6-921-02-04 450 American St. Simi Valley, CA 93065 | $67,556.52 (J/S) | $67,556.52 (J/S) | $67,556.52 (J/S) | $67,556.52 (J/S) | $67,556.52 (J/S) | $67,556.52 (J/S) | | $67,556.52 (J/S) | $67,556.52 (J/S) |
| **Banner Bank** PO Box 907 Walla Walla, WA 97362 | $51,992.56 (J/S) | $51,992.56 (J/S) | $51,992.56 (J/S) | $51,992.56 (J/S) | $51,992.56 (J/S) | $51,992.56 (J/S) | | $51,992.56 (J/S) | $51,992.56 (J/S) |
| **Heritage Bank** 201 5th Ave. SW Olympia, WA 98501 | $9,000.00 (J/S) | $9,000.00 (J/S) | $9,000.00 (J/S) | $9,000.00 (J/S) | $9,000.00 (J/S) | $9,000.00 (J/S) | $17,190.00 ($9,000 J/S; $8,190.00 INDIVIDUAL DEBT) | $9,000.00 (J/S) | $9,000.00 (J/S) |
| **OnPoint Community Credit Union** Attn: Account Collection & Fraud Supervisor PO Box 3750 Portland, OR 97208 | $21,835.00 (J/S) | $21,835.00 (J/S) | $21,835.00 (J/S) | $21,835.00 (J/S) | $21,835.00 (J/S) | $21,835.00 (J/S) | | $21,835.00 (J/S) | $21,835.00 (J/S) |
| **Riverview Community Bank** Attn: Operations 17205 SE Mill Plain Blvd. Vancouver, WA 98683 | $78,640.00 (J/S) | $78,640.00 (J/S) | $78,640.00 (J/S) | $78,640.00 (J/S) | $78,640.00 (J/S) | $78,640.00 (J/S) | | $78,640.00 (J/S) | $78,640.00 (J/S) |
| **U.S. Bank** Corporate Security Payments PO Box 650 Milwaukee, WI 53278-0650 | $409,001.98 (J/S) | $409,001.98 (J/S) | $409,001.98 (J/S) | $409,001.98 (J/S) | $409,001.98 (J/S) | $409,001.98 (J/S) | | $409,001.98 (J/S) | $409,001.98 (J/S) |
| **Wells Fargo** External Fraud Investigations Department 912038 Denver, CO 80291-2038 | $14,900.00 (J/S) | $14,900.00 (J/S) | $14,900.00 (J/S) | $14,900.00 (J/S) | $14,900.00 (J/S) | $14,900.00 (J/S) | 6,220.00 (J/S up to $6,200.00) | $14,900.00 (J/S) | $14,900.00 (J/S) |
| **TOTAL:** | $652,926.06 | $652,926.06 | $652,926.06 | $652,926.06 | $652,926.06 | $652,926.06 | $42,770.00 | $652,926.06 | $652,926.06 |

Query    Reports    Utilities    Help    What's New    Log Out

CUSTODY,  FORF,  NRESTRAINT,

# U.S. District Court
## District of Oregon (Portland (3))
## CRIMINAL DOCKET FOR CASE #: 3:18-cr-00010-HZ-4

Case title: USA v. Gonzalez et al

Date Filed: 01/10/2018
Date Terminated: 02/26/2020

Assigned to: Judge Marco A. Hernandez

**Defendant (4)**

**Luis Chavez**
19236-104
*TERMINATED: 02/26/2020*

represented by **Celia A. Howes**
Hoevet Olson Howes, PC
1000 SW Broadway
Suite 1740
Portland, OR 97205
503-228-0497
Fax: (503) 228-7112
Email: celia@hoevetlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Thomas Eugene Price**
Federal Public Defender's Office
101 SW Main St.
Suite 1700
Portland, OR 97204
503-326-2123
Fax: 503-326-5524
Email: thomas_price@fd.org
*TERMINATED: 11/13/2018*
*Designation: Public Defender or*
*Community Defender Appointment*

**Pending Counts**

18:1349 CONSPIRACY TO COMMIT
BANK FRAUD
(1)

**Disposition**

Judgment Amended on 2/25/2021, for
modification of restitution order.
SENTENCING DATE: 2/19/20;
IMPRISONMENT: As to count 1 and 30,
fifteen (15) months on each count to be
served concurrently; SUPERVISED
RELEASE: Three (3) Years on Counts 1

| | |
|---|---|
| | and 30; RESTITUTION: $652,926.06; SPECIAL ASSESSMENT: $100.00 for each of counts 1, 16, and 30 |
| 18:1028A, AND 2 AGGRAVATED IDENTITY THEFT (16) | Judgment Amended on 2/25/2021, for modification of restitution order. SENTENCING DATE: 2/19/20; IMPRISONMENT: As to count 16, Twenty-four (24) months, to be served consecutive to the sentences imposed in counts 1 and 30; SUPERVISED RELEASE: One (1) YEAR; RESTITUTION: $652,926.06; SPECIAL ASSESSMENT: $100.00 for each of counts 1, 2, and 30 |
| 18:1956(h) CONSPIRACY TO COMMIT LAUNDERING OF MONETARY INSTRUMENTS (30) | Judgment Amended on 2/25/2021, for modification of restitution order. SENTENCING DATE: 2/19/20; IMPRISONMENT: As to count 1 and 30, fifteen (15) months on each count to be served concurrently; SUPERVISED RELEASE: Three (3) Years on Counts 1 and 30; RESTITUTION: $652,926.06; SPECIAL ASSESSMENT: $100.00 for each of counts 1, 16, and 30 |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:1344 AND 2 BANK FRAUD (2-3) | DISMISSED |
| 18:1028A, AND 2 AGGRAVATED IDENTITY THEFT (17) | DISMISSED |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

| **USA** | represented by | **Julia E. Jarrett** |
|---|---|---|
| | | U.S. Attorney's Office |

1000 SW Third Ave, Suite 600
Portland, OR 97204
503-727-1156
Fax: 503-727-1117
Email: julia.jarrett@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Amy E. Potter**
United States Attorney's Office
405 E. 8th Avenue
Suite 2400
Eugene, OR 97401
541-465-6771
Fax: 541-465-6917
Email: amy.potter@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Quinn P. Harrington**
United States Attorney's Office
District of Oregon
Mark O. Hatfield Courthouse
1000 SW 3rd Ave
Suite 600
Portland, OR 97204
503-727-1169
Fax: 503-727-1117
Email: Quinn.Harrington@usdoj.gov
*TERMINATED: 04/12/2019*
*Designation: Retained*

**Seth D. Uram**
U.S. Attorney's Office
District of Oregon
1000 SW 3rd Avenue
Suite 600
Portland, OR 97204
503-727-1194
Fax: 503-727-1117
Email: Seth.Uram@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

Email All Attorneys

| Date Filed | # | Docket Text |
|---|---|---|
| 09/27/2018 | 75 | Superseding Indictment as to Arley Gonzalez (1) count(s) 1s, 2s-3s, 16s-17s, 30s, Miguel Betancourt (3) count(s) 1, 30, Luis Chavez (4) count(s) 1, 2-3, 16-17, 30, Yamil Lopez (5) count(s) 1, 4-6, 18-20, 30, Yusniel Paez Rodriguez (6) count(s) 1, |

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                      |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |     | 7-12, 21-26, 30, Virginia Smith (7) count(s) 1, Lazaro Sopo Lopez (8) count(s) 1, 13-15, 27-29, Ronny Vazquez (9) count(s) 1, 13-14, 27-28 (Forfeiture Allegation.) (schm) Unsealed on 10/17/18. (Entered: 09/28/2018)                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                 |
| 09/27/2018 | 76  | Indictment Unredacted Version Filed Under Seal as to Defendant Arley Gonzalez, Miguel Betancourt, Luis Chavez, Yamil Lopez, Yusniel Paez Rodriguez, Virginia Smith, Lazaro Sopo Lopez, Ronny Vazquez. (schm) (Entered: 09/28/2018)                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                     |
| 09/27/2018 | 77  | Defendant Information Relative to a Criminal Case Sheet as to Defendant Arley Gonzalez, Miguel Betancourt, Luis Chavez, Yamil Lopez, Yusniel Paez Rodriguez, Virginia Smith, Lazaro Sopo Lopez, Ronny Vazquez. (In accordance with Fed. R. Crim. P. 49.1 this form document containing personal data identifiers is filed under seal). (Attachments: # 1 backer, # 2 backer, # 3 backer, # 4 backer, # 5 backer) (schm) (Attachment 1 replaced on 10/4/2018) (sss). (Additional attachment(s) added on 10/4/2018: # 6 backer) (sss). (Entered: 09/28/2018)                                                                                                                                                                                                                                                                 |
| 10/10/2018 | 91  | Arrest Warrant Returned Executed on 10/9/18 as to Luis Chavez. (schm) (Entered: 10/12/2018)                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                           |
| 10/16/2018 | 95  | Documents Received From Other Court as to Luis Chavez from Southern District of Florida (Miami) Case No: 1:18-mj-03494-AMS (schm) (Entered: 10/16/2018)                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                |
| 11/05/2018 | 111 | See Order #110, to unseal the case by USA as to Arley Gonzalez, Antonio Conde Cabrera, Miguel Betancourt, Luis Chavez, Yamil Lopez, Yusniel Paez Rodriguez, Virginia Smith, Lazaro Sopo Lopez, Ronny Vazquez regarding 2-Arraignment Criminal Master Minutes,,, 110 . CRD only linked request to defendant #9 but said AUSA wants case unsealed. (schm) (Entered: 11/05/2018)                                                                                                                                                                                                                                                                                                                                                                                                                                           |
| 11/06/2018 | 119 | **Minutes of Proceedings:** First / Initial Appearance, Arraignment, and Detention Hearing before Magistrate Judge John V. Acosta as to Defendant Luis Chavez held on 11/6/2018. Order appointing counsel AFPD Tom Price for today's hearing only. Arraignment held for Defendant Luis Chavez (4) on Counts 1,2-3,16-17,30. Defendant waived reading of the Indictment. Defendant proceeds as named. Defendant advised of rights. Not guilty plea(s) entered and a denial of the forfeiture allegations. Order that Discovery is due in 14 days. Defendant detained. Defendant's Location-Custody status is: Detained as to risk of flight and danger to the community; see separately filed order of detention. 6-day Jury Trial is set for 12/18/2018 at 09:00AM in Portland Courtroom 15A before Judge Marco A. Hernandez.Counsel Present for Plaintiff: Quinn Harrington. Counsel Present for Defendant: Tom Price. Restraint Order: NR. (Court Reporter FTR(pg)11b.ac) (Interpreter for Defendant Present: Andre Knaebel) (Spanish) (Oath on file with the court.) (peg) (Entered: 11/06/2018) |
| 11/06/2018 | 120 | Order of Detention as to Defendant Luis Chavez.Signed on 11/6/18 by Magistrate Judge John V. Acosta (peg) (Entered: 11/06/2018)                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                       |
| 11/13/2018 | 123 | **ORDER GRANTING SUBSTITUTION OF COUNSEL** as to Luis Chavez (USM #19236-104). CJA Panel attorney Celia A. Howes is appointed pursuant to the provisions of the Criminal Justice Act, 18 U.S.C. § 3006A, as substitute counsel, relieving Assistant Federal Public Defender Thomas Eugene Price for Luis Chavez, effective November 7, 2018. Signed on 11/13/2018 by Judge Marco A. Hernandez. (jp) (Entered: 11/14/2018)                                                                                                                                                                                                                                                                                                                                                                                                |

| 11/28/2018 | 128 | Unopposed Motion to Continue / Reset *Trial Date* by Defendant Luis Chavez. (Howes, Celia) (Main Document 128 replaced on 11/29/2018) (cw). (Entered: 11/28/2018) |
| 11/28/2018 | 129 | Declaration by Celia Howes regarding Unopposed Motion to Continue / Reset *Trial Date* 128 filed by Defendant Luis Chavez (Howes, Celia) (Main Document 129 replaced on 11/29/2018) (cw). (Entered: 11/28/2018) |
| 11/29/2018 | 130 | Clerk's Notice of Docket Correction regarding 129 Declaration, 128 Motion to Continue / Reset. A corrected PDF (case number corrected) has been uploaded and has replaced the incorrect attachment. The Notice of Electronic Filing will be regenerated to all parties (cw) (Entered: 11/29/2018) |
| 12/11/2018 | 137 | **ORDER by Judge Marco A. Hernandez.** Granting 135 Motion to Continue / Reset as to Arley Gonzalez (1); Granting 131 Motion to Continue / Reset as to Miguel Betancourt (3); Granting 128 Motion to Continue / Reset as to Luis Chavez (4); Granting 133 Motion to Continue / Reset as to Ronny Vazquez (9). The 6-day Jury Trial set for 12/18/2018 at 9:00AM is RESET <u>as to these Defendants only</u> to 2/26/2019 at 09:00AM in Portland Courtroom 15A before Judge Marco A. Hernandez. Pursuant to 18 U.S.C. §3161(h)(7)(A) the Court finds the ends of justice outweigh the best interests of the public and the defendant in a speedy trial because the failure to grant the requested continuance is likely to result in a miscarriage of justice (§3161(h)(7)(B)(i)) and likely would deny defendant's counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence (§3161(h)(7)(B)(iv)). Thus, excludable delay is granted until 2/26/2019. (jp) (Entered: 12/11/2018) |
| 01/03/2019 | 147 | SCHEDULING ORDER by Judge Acosta as to Luis Chavez (USM #19236-104) - At request of defense counsel, the court SETS a Review of Detention Hearing for 1/17/2019 at 01:30PM in Portland, before the duty magistrate. (peg) (Entered: 01/03/2019) |
| 01/10/2019 | 151 | **Scheduling Order**: by Judge Acosta as to Luis Chavez(4) (USM #19236-104). At the request of defense counsel, the Review of Detention Hearing set for 1/17/2019 at 1:30pm is STRICKEN. Ordered by Magistrate Judge John V. Acosta. (pvh) (Entered: 01/10/2019) |
| 01/16/2019 | 154 | **Scheduling Order by Judge Marco A. Hernandez** as to Arley Gonzalez (1), Miguel Betancourt (3), Luis Chavez (4), Yamil Lopez (5), Lazaro Sopo Lopez (8), and Ronny Vazquez (9). A Status Conference is set for 2/26/2019 at 09:30AM in Portland Courtroom 15A before Judge Marco A. Hernandez. **Note to counsel: If your client wishes to waive appearance, please file a waiver of appearance and speedy trial waiver.** (jp) (Entered: 01/16/2019) |
| 02/07/2019 | 155 | Waiver of Speedy Trial by Luis Chavez (Howes, Celia) (Entered: 02/07/2019) |
| 02/07/2019 | 156 | Waiver of Appearance at 2/26/19 Status Conference by Luis Chavez (Howes, Celia) (Entered: 02/07/2019) |
| 02/26/2019 | 163 | **Minutes of Proceedings:** Status Conference before Judge Marco A. Hernandez as to Arley Gonzalez (1), Miguel Betancourt (3), Luis Chavez (4), Yamil Lopez (5), Lazaro Sopo Lopez (8), and Ronny Vazquez (9). Status of case discussed as stated on the record. The parties shall confer regarding a realistic trial date and briefing schedule for motions, and email the same to the Courtroom Deputy prior to the next Status |

| | | |
|---|---|---|
| | | Conference. A further Status Conference with counsel-only is set for 4/8/2019 at 01:30PM in Portland Courtroom 15A before Judge Marco A. Hernandez. The Court found excludable delay until 4/8/2019. Counsel Present for Plaintiff: Julia E. Jarrett and Quinn P. Harrington. Counsel Present for Defendants: Paul A. Hood (1), Andrew M. Kohlmetz for Todd E. Bofferding (3), Celia A. Howes (4), Edie M. Rogoway (5), Andrew M. Kohlmetz (8), Kristen L Winemiller (9). All Defendants listed above waived appearance.(Court Reporter Nancy Walker) (jp) (Entered: 02/26/2019) |
| 04/08/2019 | 166 | **Minutes of Proceedings:** Status Conference before Judge Marco A. Hernandez as to Arley Gonzalez (1), Miguel Betancourt (3), Luis Chavez (4), Yamil Lopez (5), Lazaro Sopo Lopez (8), Ronny Vazquez (9). Status of case discussed as stated on the record. The Court set the following case schedule: Motions to be filed by 10/4/2019. A Pretrial Conference is set for 10/28/2019 at 10:00AM in Portland Courtroom 15A before Judge Marco A. Hernandez. A 13-day Jury Trial is set for 11/5/2019 at 09:00AM in Portland Courtroom 15A before Judge Marco A. Hernandez. Counsel Present for Plaintiff: Julia E. Jarrett and Quinn P. Harrington. Counsel Present for Defendants: Paul A. Hood (1), Todd E. Bofferding (3), Celia A. Howes (4), Edie M. Rogoway (5), Andrew M. Kohlmetz (8), Kristen L Winemiller (9). All Defendants listed above waived appearance. (Court Reporter Jill Jessup) (jp) (Entered: 04/09/2019) |
| 04/12/2019 | 167 | Notice of Attorney Substitution: Attorney Seth D. Uram added for Plaintiff USA regarding Defendant Arley Gonzalez, Antonio Conde Cabrera, Miguel Betancourt, Luis Chavez, Yamil Lopez, Yusniel Paez Rodriguez, Virginia Smith, Lazaro Sopo Lopez, Ronny Vazquez in place and stead of Attorney Quinn P. Harrington. (Uram, Seth) (Entered: 04/12/2019) |
| 06/28/2019 | 194 | **Scheduling Order by Judge Marco A. Hernandez** as to Arley Gonzalez (1), Luis Chavez (4), Yamil Lopez (5), Lazaro Sopo Lopez (8), and Ronny Vazquez (9). Due to a conflict in the Court's schedule, the 8-day Jury Trial set for 11/5/2019 is RESET t begin 11/12/2019 at 09:00AM in Portland Courtroom 15A before Judge Marco A. Hernandez. The Pretrial Conference set for 10/28/2019 at 10:00AM is RESET to 10/21/2019 at 10:00AM in Portland Courtroom 15A before Judge Marco A. Hernandez. (jp) (Entered: 06/28/2019) |
| 06/28/2019 | 195 | **Scheduling Order by Judge Marco A. Hernandez** as to Luis Chavez (USM #19236-104). At the request of the parties, a Change of Plea Hearing is set for 7/11/2019 at 11:00AM in Portland Courtroom 15A before Judge Marco A. Hernandez. (jp) (Entered: 06/28/2019) |
| 07/11/2019 | 202 | **Minutes of Proceedings:** Entry of Plea Hearing before Judge Marco A. Hernandez for Defendant Luis Chavez (USM #19236-104). Defendant sworn and examined. Defendant advised of rights. Plea Petition and Plea Agreement signed and accepted by the Court. Government summarized charges and terms of plea agreement. The Court finds Defendant capable and competent to enter plea. Guilty plea entered as to Counts 1, 16 and 30 of the Superseding Indictment. The Court finds guilty plea to be knowing and voluntary and accepts defendant's plea. Court signs forfeiture order. ORDER - Presentence Report to be prepared by U.S. Probation. Defendant shall remain in custody pending sentencing. Sentencing is set for 12/17/2019 at 02:00PM in Portland Courtroom 15A before Judge Marco A. Hernandez.

The Court will assume 30 minutes is sufficient for sentencing unless the parties notify the Court two weeks in advance that the sentencing will (1) be evidentiary or (2) |

| | | otherwise require more time. **Simultaneously filed Sentencing Memos are due no later than WEDNESDAY of week before sentencing by NOON (and by end of day deliver a hard copy to Clerk's Office Attn: Jennifer Paget, Courtroom Deputy).** If the Sentencing Memos are not received on time, or the Court is not advised that none will be filed, the sentencing may be rescheduled. The parties are granted leave to file sentencing memorandum and accompanying documents under seal without further motion or order, if same contains confidential information. Counsel Present for Plaintiff: Julia Jarrett and Seth Uram. Counsel Present for Defendant: Celia A. Howes. (USPO Present: Ryan Adamson) (Court Reporter Nancy Walker) (Interpreter for Defendant Present: Andre Knaebel) (Spanish) (Oath on file with the court.) (jp) (Entered: 07/11/2019) |
|---|---|---|
| 07/11/2019 | 203 | Plea Petition and Order Entering Plea as to Defendant Luis Chavez. Signed on 7/11/2019 by Judge Marco A. Hernandez. (jp) (Entered: 07/16/2019) |
| 07/11/2019 | 204 | Plea Agreement as to Luis Chavez (jp) (Entered: 07/16/2019) |
| 07/11/2019 | 205 | Preliminary Order of Forfeiture and Money Judgment and Final Order of Forfeiture as to Luis Chavez. Signed on 7/11/2019 by Judge Marco A. Hernandez. (jp) (Entered: 07/16/2019) |
| 12/04/2019 | 253 | **Scheduling Order by Judge Marco A. Hernandez** as to Luis Chavez (USM #19236-104). A Status hearing is set for 12/17/2019 at 02:00PM in Portland Courtroom 15A before Judge Marco A. Hernandez. (jp) Modified on 12/4/2019 (jp). (Entered: 12/04/2019) |
| 12/04/2019 | 255 | Waiver of Appearance by Luis Chavez (Howes, Celia) (Entered: 12/04/2019) |
| 12/17/2019 | 261 | **ORDER by Judge Marco A. Hernandez** as to Luis Chavez (4) (USM #19236-104); Granting 252 Motion to Continue / Reset Sentencing from 12/17/2019 at 2:00 to 2/25/2020 at 10:00AM in Portland Courtroom 15A before Judge Marco A. Hernandez. (jp) Modified on 12/17/2019 (jp). (Entered: 12/17/2019) |
| 01/31/2020 | 274 | **Scheduling Order by Judge Marco A. Hernandez** as to Luis Chavez (USM #19236-104). At the request of defense counsel, the Sentencing set for 2/25/2020 at 10:00AM is RESET to 2/19/2020 at 10:00AM in Portland Courtroom 15A before Judge Marco A. Hernandez. (jp) (Entered: 01/31/2020) |
| 02/12/2020 | 283 | Sentencing Memorandum filed by USA as to Luis Chavez (Jarrett, Julia) (Entered: 02/12/2020) |
| 02/19/2020 | 291 | **Minutes of Proceedings:** Sentencing Hearing before Judge Marco A. Hernandez as to Defendant Luis Chavez (USM #81632-065). Defendant sentenced as to Counts 1, 16 and 30 of the Superseding Indictment. All remaining counts as to this defendant are dismissed on Government's motion. See Formal Judgment. Defendant advised of right to appeal. Counsel Present for Plaintiff: Julia Jarrett. Counsel Present for Defendant: Celia A. Howes. (USPO Present: Ryan Adamson) (Court Reporter Nancy Walker) (Interpreter for Defendant Present: Andre Knaebel) (Spanish) (Oath on file with the court.) (jp) (Entered: 02/19/2020) |
| 02/26/2020 | 298 | **Judgment & Commitment** as to Luis Chavez (4), Count(s) 1, 30, SENTENCING DATE: 2/19/20; IMPRISONMENT: As to count 1 and 30, fifteen (15) months on each count to be served concurrently; SUPERVISED RELEASE: Three (3) Years on Counts 1 and 30; RESTITUTION: $652,926.06; SPECIAL ASSESSMENT: $100.00 for each of counts 1, 16, and 30; Count(s) 16, SENTENCING DATE: 2/19/20; |

| | | |
|---|---|---|
| | | IMPRISONMENT: As to count 16, Twenty-four (24) months, to be served consecutive to the sentences imposed in counts 1 and 30; IMPRISONMENT: Twenty-four (24) months, to be served consecutive to the sentences imposed in counts 1 and 30; SUPERVISED RELEASE: One (1) YEAR; RESTITUTION: $652,926.06; Count(s) 17, 2-3, DISMISSED (USM #19236-104) Signed on 2/26/20 by Judge Marco A. Hernandez. *(Three certified copies forwarded to U.S. Marshal on 2/27/20.)* (schm) Modified on 3/4/2020 to add restitution amount and update disposition text (sb). Modified on 7/1/2021 (cw). (Entered: 02/27/2020) |
| 02/26/2020 | 299 | Statement of Reasons as to Luis Chavez **(NOTE: This document is filed under seal and access is restricted to counsel of record)** Signed on 2/26/20 by Judge Marco A. Hernandez. (schm) (Entered: 02/27/2020) |
| 02/11/2021 | 389 | Restitution List as to Arley Gonzalez, Antonio Conde Cabrera, Miguel Betancourt, Luis Chavez, Yamil Lopez, Yusniel Paez Rodriguez, Virginia Smith, Lazaro Sopo Lopez, Ronny Vazquez (filed under seal in accordance with Fed. R. Crim. P. 49.1). (schm) (Main Document 389 replaced on 6/25/2021) (cw). Modified on 6/25/2021, to correct restitution amount to victim USB for defendant Smith (cw). (Main Document 389 replaced on 7/19/2021) (cw). (Entered: 02/12/2021) |
| 02/25/2021 | 390 | **Amended Judgment** as to Luis Chavez (4), Count(s) 1, Judgment Amended on 2/25/2021, for modification of restitution order. SENTENCING DATE: 2/19/20; IMPRISONMENT: As to count 1 and 30, fifteen (15) months on each count to be served concurrently; SUPERVISED RELEASE: Three (3) Years on Counts 1 and 30; RESTITUTION: $652,926.06; SPECIAL ASSESSMENT: $100.00 for each of counts 1, 16, and 30; Count 16, Judgment Amended on 2/25/2021, for modification of restitution order. SENTENCING DATE: 2/19/20; IMPRISONMENT: As to count 16, Twenty-four (24) months, to be served consecutive to the sentences imposed in counts 1 and 30; IMPRISONMENT: Twenty-four (24) months, to be served consecutive to the sentences imposed in counts 1 and 30; SUPERVISED RELEASE: One (1) YEAR; RESTITUTION: $652,926.06; Count(s) 17, 2-3, DISMISSED; Count(s) 30, Judgment Amended on 2/25/2021, for modification of restitution order. SENTENCING DATE: 2/19/20; IMPRISONMENT: As to count 1 and 30, fifteen (15) months on each count to be served concurrently; SUPERVISED RELEASE: Three (3) Years on Counts 1 and 30; RESTITUTION: $652,926.06; (USM #19236-104) Signed on 2/25/2021 by Judge Marco A. Hernandez. *(Three certified copies forwarded to U.S. Marshal on 3/11/2021.)* (kgc) Modified on 7/1/2021 (cw). (Main Document 390 replaced on 8/4/2021) (cw). (Entered: 03/11/2021) |
| 07/19/2021 | 408 | Order for Administrative Correction of the Record pursuant to Fed. R. Crim. P 36 as to Arley Gonzalez, Antonio Conde Cabrera, Miguel Betancourt, Luis Chavez, Yamil Lopez, Yusniel Paez Rodriguez, Virginia Smith, Lazaro Sopo Lopez, Ronny Vazquez regarding 389 Restitution List. A Clerical error has been discovered in the case record:. The following corrections were made to the record: The column for defendant Smith was updated to correct typographical error. A corrected PDF has been uploaded and has replaced the incorrect attachment.The Notice of Electronic Filing will be regenerated to all parties. (cw) (Entered: 07/19/2021) |
| 08/04/2021 | 409 | Order for Administrative Correction of the Record pursuant to Fed. R. Crim. P 36 as to Arley Gonzalez, judgment 398 ; Antonio Conde Cabrera, judgment 400 ; Miguel Betancourt, judgment 402 , Luis Chavez, judgment 390 ; Yamil Lopez, judgment 387 ; Yusniel Paez Rodriguez, judgment 396 ; Virginia Smith, judgment 404 ; Lazaro Sopo Lopez, judgment 394 ; and Ronny Vazquez, judgment 406 . A Clerical error has been |

| | | discovered in the case record: The restitution table attached to each judgment required updating. The following corrections were made to the record: A corrected PDF has been uploaded and has replaced the restitution table attached to each judgment.The Notice of Electronic Filing will be regenerated to all parties. (cw) (Entered: 08/04/2021) |
| --- | --- | --- |
| 09/22/2021 | 421 | Modification of Supervision Conditions as to Defendant Luis Chavez. (Attachments: # 1 Attachment Waiver of Hearing, # 2 Proposed Order) (cibu). (Entered: 09/22/2021) |
| 09/23/2021 | 422 | Order Modifying Supervision Conditions as to Defendant Luis Chavez. Signed on 9/23/2021 by Judge Marco A. Hernandez (jp) (Entered: 09/23/2021) |
| 10/14/2021 | 426 | Supervised Release Jurisdiction Transferred Out to Southern District of Florida as to Luis Chavez (schm) (Entered: 10/14/2021) |
| 10/14/2021 | 427 | Notice to Southern District of Florida of a Transfer of Jurisdiction as to Luis Chavez. Your case number is: Not Listed. Docket sheet and documents attached. A case inquiry report will be sent by our financial department if applicable. (If you require certified copies of any documents, please send a request to CrimPDX@ord.uscourts.gov. If you wish to designate a different email address for future transfers, send your request to InterDistrictTransfer_TXND@txnd.uscourts.gov.) (schm) (Entered: 10/14/2021) |